ORIGINAL

joeytedpahogoind

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 01 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00066 |
| Plaintiff, | **INDICTMENT** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** [18 U.S.C. § 641] |
| JOEY JAY TEDPAHOGO, | |
| Defendant. | |

THE GRAND JURY CHARGES

Beginning on or about November 2006 and continuing up to on or about March 8, 2007, in the District of Guam, the defendant, JOEY JAY TEDPAHOGO, willfully and knowingly, did steal and purloin United States currency from the Navy Exchange, Guam, of the value of

//

//

approximately $7,000, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this __1__ day of August 2007.

A TRUE BILL.

~~[redacted]~~ Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City: Hagåtña

Country/Parish: _____

**Related Case Information:**
Superseding Indictment ____ Docket Number **07-00066**
Same Defendant ____ New Defendant __x__
Search Warrant Case Number ____
R 20/ R 40 from District of ____

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _x_ No

Defendant Name: JOEY JAY TEDPAHOGO

Alias Name: ____

Address: ____
Tamuning, Guam

Birthdate: Xx/xx/1988  SS#: xxx-xx-5700  Sex: M  Race: PI  Nationality: Chamorro

*RECEIVED AUG - 1 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM*

**U.S. Attorney Information:**

SAUSA: Ryan M. Anderson

**Interpreter:** _X_ No ___ Yes  List language and/or dialect: ____

**Location Status:**

Arrest Date: ____

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty  ___ Misdemeanor  _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 7/24/07   Signature of AUSA: /s/ Ry M. And——