⒜AO 83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| JOEY JAY TEDPAHOGO | Case Number: CR-07-00066 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | Room |
|---|---|
| | Date and Time<br>Friday August 10, 2007 at 1:45 p.m. |
| Before:    MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. | |

To answer a(n)

X   Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ **Violation Notice**

Charging you with a violation of      18      United States Code, Section(s)      641

**Brief description of offense:**

THEFT OF GOVERNMENT PROPERTY

RECEIVED
AUG - 2 2007
US MARSHAL SERVICE GUAM

**FILED**
DISTRICT COURT OF GUAM
AUG - 8 2007
JEANNE G. QUINATA
Clerk of Court

---

**WALTER M. TENORIO, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**August 1, 2007**
Date

## ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date 8/3/07 |
| Service was made by me |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
USMS Hogati, Ga

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  8/3/07
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.