# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CRIMINAL CASE NO. 07-00066 |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | APPOINTMENT ORDER |
| ) | |
| JOEY JAY TEDPAHOGO,  ) | |
| ) | |
| Defendant.  ) | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to August 2, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 10, 2007**