JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOEY JAY TEDPAHOGO

**FILED**
DISTRICT COURT OF GUAM

AUG 2 1 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00066 |
| | ) | |
| Plaintiff, | ) | MOTION TO SCHEDULE CHANGE OF |
| | ) | PLEA HEARING AND VACATE TRIAL |
| vs. | ) | DATE |
| | ) | |
| JOEY JAY TEDPAHOGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the defendant, JOEY JAY TEDPAHOGO, through counsel, John T. Gorman, Federal Public Defender, and moves this Honorable Court to schedule a hearing for defendant's change of plea from not guilty to plea of guilty and to vacate the trial date currently scheduled for October 4, 2007. There is no written plea agreement in this case.

DATED: Mongmong, Guam, August 21, 2007.

JOHN T. GORMAN
Attorney for Defendant
JOEY JAY TEDPAHOGO

ORIGINAL

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on August 21, 2007:

>RYAN M. ANDERSON
>Special Assistant United States Attorney
>Sirena Plaza
>108 Hernan Cortez, Ste. 500
>Hagatna, Guam 96910
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA
>
>
>ROSSANNA VILLAGOMEZ-AGUON
>Chief U.S. Probation Officer
>U.S. Probation Office
>Districts of Guam and NMI
>2nd Floor, U.S. District Court

DATED: Mongmong, Guam, August 21, 2007.

_____
RENATE DOEHL
Operations Administrator to

JOHN T. GORMAN
Attorney for Defendant
JOEY JAY TEDPAHOGO