# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

United States of America

V.

Joey Jay Tedpahogo

**NOTICE**

CASE NUMBER: **CR-07-00066-001**

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Ave., Hagåtña, GU 96910 | COURTROOM |
| | DATE AND TIME |
| | Thursday, August 23, 2007 at 1:30 p.m. |

TYPE OF PROCEEDING

**CHANGE OF PLEA**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, GU 96910** | | |

                         **JEANNE G. QUINATA, CLERK OF COURT**
                         U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| **August 22, 2007** | /s/ Leilani R. Toves Hernandez |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:     U.S. Attorney's Office
          Federal Public Defender
          U.S. Probation Office
          U.S. Marshals Service