**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA**

CASE NO.: CR-07-00066                                         DATE: August 23, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: None Present                        Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos              Electronically Recorded: 10:15:07 - 10:31:01
CSO: B. Benavente

**APPEARANCES:**

Defendant: Joey Jay Tedpahogo                  Attorney: John Gorman
    Present   Custody   Bond   P.R.                    Present   Retained   FPD   CJA
U.S. Attorney: Ryan Anderson                    U.S. Agent:
U.S. Probation: Christopher Duenas              U.S. Marshal: T. Muna
Interpreter:                                    Language:

**PROCEEDINGS: Change of Plea**

- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea entered without a written plea agreement.
- Report and Recommendation executed by the Court.
- Sentencing set for: November 21, 2007 at 10:00 a.m.
- Draft Presentence Report due to the parties: October 17, 2007
- Response to Presentence Report: October 31, 2007
- Final Presentence Report due to the Court: November 14, 2007
- Defendant released on bond as previously ordered by this Court.

NOTES: