ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV - 8 2007
JEANNE G. QUINATA
Clerk of Court

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOEY JAY TEDPAHOGO

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 07-00066 |
|---|---|
| Plaintiff, | ) RESPONSE TO DRAFT PRESENTENCE<br>) REPORT |
| vs. | ) |
| JOEY JAY TEDPAHOGO, | ) |
| Defendant. | ) |

Defendant, JOEY JAY TEDPAHOGO, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report.

DATED: Mongmong, Guam, November 7, 2007.

/s/ JOHN T. GORMAN
Attorney for Defendant
JOEY JAY TEDPAHOGO

ORIGINAL

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on November 7, 2007:

RYAN ANDERSON
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


GUILLIOT, STEPHEN
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, November 7, 2007.

RENATE A. DOEHL
Operations Administrator

JOHN T. GORMAN
Attorney for Defendant
JOEY JAY TEDPAHOGO