# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

**UNITED STATES OF AMERICA**

## NOTICE

V.

**JOEY JAY TEDPAHAGO**      CASE NUMBER: **CR-07-00066**

TYPE OF CASE:

☐ CIVIL      **X** CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | November 21, 2007 at 10:00 A.M. | December 4, 2007 at 9:30 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 14, 2007      Virginia T. Kilgore
DATE      /s/ (BY) DEPUTY CLERK

TO:      U.S. Attorney's Office
           Law Offices of Federal Public Defender
           U.S. Probation Office
           U.S. Marshals Service