# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**JOEY JAY TEDPAHOGO**     CASE NUMBER:     **CR-07-00066-001**

TYPE OF CASE:
☐ CIVIL     X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | December 4, 2007 at 9:30 A.M. | December 3, 2007 at 10:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 23, 2007     Virginia T. Kilgore
DATE     /s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         Law Offices of Federal Public Defender
         U.S. Probation Office
         U.S. Marshals Service