JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOEY JAY TEDPAHOGO

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00066 |
| Plaintiff, | ) ) ) | STIPULATION CONTINUING SENTENCING DATE |
| vs. | ) ) | |
| JOEY JAY TEDPAHOGO, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing currently scheduled for December 28, 2007, at 10:00 a.m., be continued to a date between January 7- 18, 2008. The parties request this new date as defense counsel will be unavailable from December 14, 2007 to January 6, 2008.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, December 4, 2007.

_____        _____
JOHN T. GORMAN                                             RYAN M. ANDERSON
Attorney for Defendant                                     Attorney for Plaintiff
JOEY JAY TEDPAHOGO                                   UNITED STATES OF AMERICA