JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
JOEY JAY TEDPAHOGO

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00066 |
| | ) | |
| Plaintiff, | ) | ORDER re: STIPULATION |
| | ) | CONTINUING SENTENCING DATE |
| vs. | ) | |
| | ) | |
| JOEY JAY TEDPAHOGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS SO ORDERED that the Sentencing Hearing currently scheduled for December 28, 2007 at 10:00 a.m. is hereby continued to Tuesday, January 8, 2008, at 9:30 a.m.



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Dec 06, 2007**