✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

V.

**JOEY JAY TEDPAHOGO**

**NOTICE**

CASE NUMBER: **CR-07-00066**

TYPE OF CASE:

☐ **CIVIL**     **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances M. Tydingco-Gatewood | January 8, 2008 at 11:00 A.M. | January 10, 2008 at 9:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 7, 2008     Virginia T. Kilgore
DATE     /s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
           Office of the Federal Public Defender
           U.S. Probation Office
           U.S. Marshals Service