# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00066     DATE: January 10, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore/Carmen B. Santos | Electronically Recorded: 8:35:04 - 8:49:56 |

CSO: J. McDonald

**APPEARANCES:**

| | |
|---|---|
| Defendant: Joey Jay Tedpahogo | Attorney: John Gorman |
| ☑ Present ☐ Custody ☐ Bond ☑ P.R. | ☑ Present ☐ Retained ☑ FPD ☐ CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Carleen Borja | U.S. Marshal: V. Roman |
| Interpreter: | Language: |

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions). Court stated that if defendant is in compliance and has paid his restitution in full, defendant's probationary period of 3 years may be terminated.
- Fine of <u>$250.00</u> imposed by the Court.
- Defendant ordered to pay restitution in the amount of $7,256.35
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant ordered to write a letter of apology to his former supervisor.

NOTES: